IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEVAR D. BROWN** *Plaintiff* | **CIVIL ACTION** |
| v. | NO. 13-5469 |
| **JOHN WETZEL,** *et al.* *Defendants* | |

## ORDER

**AND NOW,** this 29th day of October 2014, upon consideration of the *motion to dismiss plaintiff's second amended complaint* filed by Defendants John Wetzel, Wendy Shaylor, Dorinda Varner, Michael Wenerowicz, Deputy Lane, Captain Campbell, Lt. Zedock, Lt. Terra, Unit Manager Bolton, Sgt. Davidex, and Joseph C. Korszniak ("Moving Defendants") pursuant to Federal Rule of Civil Procedure 12(b)(6), [ECF 26], Plaintiff's opposition thereto, [ECF 34], and the allegations contained in the second amended complaint, [ECF 20], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED**, and the claims asserted against the said Moving Defendants are **DISMISSED**, with prejudice.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.