IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEVAR D. BROWN** *Plaintiff* | : CIVIL ACTION : : NO. 13-5469 |
| v. | : : |
| **JOHN WETZEL,** *et al.* *Defendants* | : : |

## ORDER

**AND NOW,** this 30th day of October 2014, upon consideration of the *motion to dismiss, or in the alternative, motion for summary judgment* filed by Defendants Dr. Felipe Arias, Dr. Frederick Klemick, Dr. Irwin Lewis, and Kimberly Tobin, PA-C ("Moving Defendants"), [ECF 22], Plaintiff's opposition thereto, [ECF 23, 27 and 28], the Moving Defendant's reply, [ECF 35], Plaintiff's response thereto, [ECF 36], and the allegations contained in the second amended complaint, [ECF 20], it is hereby **ORDERED,** for the reasons set forth in the accompanying memorandum opinion, that the motion is **GRANTED,** and the claims asserted against said Moving Defendants are **DISMISSED,** with prejudice.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.